No. 93–6388.  DeMarco v. United States;

No. 93–6466.  Boisoneau v. United States; and

No. 93–6645.  Innamorati v. United States.  C. A. 1st Cir. Certiorari denied.

No. 93–6460.  Williams v. Lord, Superintendent, Bedford Hills Correctional Facility.  C. A. 2d Cir.  Certiorari denied.

No. 93–6462.  Williams v. United States.  C. A. 4th Cir. Certiorari denied.

No. 93–6463.  Tillman v. United States.  C. A. 11th Cir. Certiorari denied.

No. 93–6468.  Ballard v. Oklahoma.  Ct. Crim. App. Okla. Certiorari denied.

No. 93–6469.  Commito v. United States.  C. A. 9th Cir. Certiorari denied.

No. 93–6486.  McDaniel v. United States.  C. A. 5th Cir. Certiorari denied.

No. 93–6534.  Patterson v. United States.  C. A. 5th Cir. Certiorari denied.

No. 93–6572.  Lujan v. Thomas, Warden.  C. A. 10th Cir. Certiorari denied.

No. 93–6573.  James, aka Faust v. United States.  C. A. 11th Cir.  Certiorari denied.

No. 93–6589.  Hana v. Michigan.  Sup. Ct. Mich.  Certiorari denied.

No. 93–6607.  Ruth v. United States.  C. A. 11th Cir.  Certiorari denied.

No. 93–6625.  Hien Hai Hoac v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 93–6663.  Stein v. United States et al.  C. A. 9th Cir. Certiorari denied.

No. 93–6668.  Kendall v. O'Leary, Secretary of Energy, et al.  C. A. 10th Cir.  Certiorari denied.